MATTHIESSEN and WIECHERS SUGAR REFINING COMPANY *vs.* THE MAYOR AND ALDERMEN OF JERSEY CITY and others.

The aspect of the case presented by the original bill, upon which an injunction was denied, not being changed by the amendments made thereto by leave of the court, a new motion for an injunction denied.

On motion for injunction on amended bill.

*Mr. R. Gilchrist,* for the motion.

*Mr. W. P. Douglass* and *Mr. B. Williamson,* contra.

THE CHANCELLOR.

The injunction applied for under the orginal bill having been denied, and the bill having been amended by leave of the court, the motion for an injunction is renewed. The amendments do not appear to me to change the aspect of the case as presented by the original bill. This motion, therefore, will be denied.